IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Russo, Brian M | Case Number:  08 B 00529 |
| | Judge:  Hollis, Pamela S |
| Printed: 10/14/08 | Filed:  1/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: October 7, 2008
Confirmed: June 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,508.79 | |
| Secured: | | 3,218.47 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,010.57 |
| Trustee Fee: | | 279.75 |
| Other Funds: | | 0.00 |
| Totals: | 4,508.79 | 4,508.79 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 3,124.00 | 1,010.57 |
| 2. | David M Siegel | Administrative | 3,124.00 | 0.00 |
| 3. | Hampton Glen Condominium Association | Secured | 0.00 | 88.29 |
| 4. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 6. | Will County Treasurer | Secured | 0.00 | 245.92 |
| 7. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 8. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 9. | Wells Fargo Auto Finance | Secured | 23,892.13 | 2,884.26 |
| 10. | Commonwealth Edison | Unsecured | 252.82 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 225.99 | 0.00 |
| 12. | Hampton Glen Condominium Association | Unsecured | 0.00 | 0.00 |
| 13. | Target National Bank | Unsecured | 422.15 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 931.04 | 0.00 |
| 15. | Wells Fargo Auto Finance | Unsecured | 925.41 | 0.00 |
| 16. | Macy's | Unsecured | 596.77 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 10,868.79 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 1,816.30 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 9,500.42 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 2,387.86 | 0.00 |
| 21. | Asset Acceptance | Unsecured | 217.60 | 0.00 |
| 22. | Capital One | Unsecured | 1,357.42 | 0.00 |
| 23. | SST | Unsecured | | No Claim Filed |
| 24. | City of Joliet | Unsecured | | No Claim Filed |
| 25. | Chase Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Russo, Brian M

Printed:  10/14/08

Case Number:  08 B 00529
Judge:  Hollis, Pamela S
Filed:  1/11/08

$ 59,642.70        $ 4,229.04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 65.42 |
| 6.5% | 214.33 |
|  | $ 279.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_